IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

       Plaintiff,               Civil No. S-02-828

   v.

Curtis Bellamy,

       Defendant.

*******************
### DISMISSAL

MR. CLERK:

    Plaintiff, United States of America, hereby dismisses the above-entitled action (Rule 41(a)(1), F.R.Cv.P.), as to the defendant Curtis Bellamy without prejudice and without costs and for cause therefore states:

    Plaintiff has been unable to serve process upon the defendant.

                              Respectfully submitted,

                              Thomas M. DiBiagio
                              United States Attorney

                              Thomas F. Corcoran
                              Assistant United States Attorney
                              6625 United States Courthouse
                              101 West Lombard Street
                              Baltimore, Maryland 21201-2692
                              Trial Bar No. 24894

APPROVED this _12_ day of _July_, 2002.

                              _____
                              UNITED STATES DISTRICT JUDGE